Diane FRAME, Respondent

v.

Lewis R. FRAME, Jr., Petitioner.

Supreme Court of Pennsylvania.

June 23, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of June 2009, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the order of the trial court is **REINSTATED.** *See Humphreys v. DeRoss,* 567 Pa. 614, 790 A.2d 281 (2002) (Section 4302 of the Domestic Relations Code does not include "gifts" in definition of income; a party's assets may, however, be relevant in determination of an upward deviation from the Support Guidelines); *accord Jacobs v. Jacobs,* 884 A.2d 301 (Pa.Super.2005); Pa.R.C.P. 1910.16–5.